# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| Joan Thomas, Individually and as | ) | |
| Personal Representative of the Estate | ) | |
| of Trent Thomas, deceased, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No.  1:17-cv-01153-PJK-KBM |
| Metropolitan Life Insurance Company, | ) | |
| Express Scripts Holding Company, | ) | |
| and Securion Life Insurance Company, | ) | |
| f/k/a Minnesota Life Insurance | ) | |
| Company, | ) | |
| | ) | |
|     Defendants. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the Court on the Stipulation of

Dismissal With Prejudice filed May 15, 2018 (ECF No. 31) brought by the plaintiff

Joan Thomas and the defendants Metropolitan Life Insurance Company, Express

Scripts Holding Company and Securian Life Insurance Company, and the Court

having reviewed the Stipulation and being otherwise fully advised, finds that good

cause for the Stipulation exists and it should be granted.

**IT IS ORDERED** that all claims brought or that could have been brought in this action between the plaintiff Joan Thomas and the defendants Metropolitan Life Insurance Company, Express Scripts Holding Company and Securian Life Insurance Company are dismissed with prejudice.  The parties are to bear their own costs.


UNITED STATES CIRCUIT JUDGE
**Sitting by Designation**


**Submitted/Approved by:**

By */s/ Todd D. Erb*
Todd D. Erb
Ryan M. Walters
LEWIS ROCA ROTHGERBER CHRISTIE LLP
201 Third Street NW, Suite 1950
Albuquerque, NM 87102-4388
Tel: 505.764.5400
Fax: 505.764.5480
E-mail:  rwalters@lrrc.com
E-mail:  terb@lrrc.com
*Attorneys for Defendants Securian Life*
*Insurance Company, erroneously sued as*
*Securion Life Insurance Company*
*f/k/a Minnesota Life Insurance Company*

By */s/ Benjamin Hancock (w/permission)*
Benjamin Hancock
Benjamin Hancock, P.C.
6121 Indian School Road NE, #206
Albuquerque, NM 87110
Tel: 505.508.4343
Email: Benjamin.Hancock@gmail.com
*Attorney for Plaintiff Joan Thomas*


By: */s/ Jack M. Englert, Jr. (w/permission)*
Jack M. Englert, Jr.
HOLLAND & HART
6380 South Fiddlers Green Circle
Suite 500
Greenwood Village, CO 80111
Tel. 303.290.1087
E-mail: jenglert@hollandhart.com
*Attorneys for Defendant Metropolitan Life*
*Insurance Company*


By: */s/ John J. Peirano (w/permission)*
John J. Peirano
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 Mt. Kemble Ave.
P.O. Box 2075
Morristown, NJ 07962
Tel. 973.425.8711
jpeirano@mdmc-law.com
*Attorneys for Defendant Express Scripts*
*Holding Company*